UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| Sandra J. Greene, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:17-cv-00191 |
| | ) | |
| Andrew Saul[1], | ) | **Order For Attorney Fees** |
| Commissioner Of Social Security, | ) | **Under §406(B) Of The** |
| Defendant. | ) | **Social Security Act** |
| | ) | |

This action is submitted to the Court for entry of an Order for attorney fees under § 406(b) of the Social Security Act.

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $8,660.88 to Plaintiff's Counsel in full satisfaction of any and all claims arising under §406(b) of the Social Security Act.

Signed: January 9, 2020

Graham C. Mullen
United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also 42 U.S.C. §405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).